**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

APR 2 1 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**05C 2370**

**Plaintiff(s):** New Century Mortgage Corporation

**Defendant(s):** Great Northern Insurance Company, Federal Insurance Company and Paul Bernstein

County of Residence: Orange County, CA

County of Residence: Somerset, NJ

Plaintiff's Atty: Bart T. Murphy and Sam S. Cohen

Defendant's Atty:

Wildman, Harrold, Allen & Dixon

225 West Wacker, Suite 2000

Chicago, Illinois 60606

312-201-2000

David A. Gauntlett, Eric R. Little and Catherine Reid

Gauntlett & Associates

18400 Von Karman, Suite 300

Irvine, CA 92612

Daniel J. Cunningham

Kathy Karaboyas Malamis

Tressler, Soderstrom, Maloney & Priess

233 South Wacker Drive, 22nd Floor

Chicago, IL 60606

312-627-4000

*MAGISTRATE JUDGE DENLOW*
*JUDGE COAR*

II. Basis of Jurisdiction:    4. Diversity (complete Item III) and Removal

III. Citizenship of Principal
Parties (Diversity Cases Only)
   Plaintiff:- 5. Non IL corp and Principal Place of Business outside IL
   Defendant:-5. Non IL corp and Principal Place of Business outside IL
      1. Citizen of This State Who Defendants Seek To Realign as a Plaintiff

IV. Origin :            2. Removed From State Court

V. Nature of Suit:      110 Insurance

VI. Cause of Action:    The above titled action is a civil action for declaratory relief and breach of contract, of which this Court has original jurisdiction under the provisions of 28 USC §1332(a) and is one that may be removed by the Insurer Defendants pursuant to the provisions of 28 USC § 1441.

VII. Requested in Complaint

    Class Action:
    Dollar Demand: **$1.95 million**
    Jury Demand: **No**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _[signature]_

Date: 4/21/05