**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

**FILED**
APR 21 2005 AE NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of

NEW CENTURY MORTGAGE CORPORATION v.
GREAT NORTHERN INSURANCE COMPANY,
FEDERAL INSURANCE COMPANY and PAUL
BERNSTEIN

Case Number: 05C 2370

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

GREAT NORTHERN INSURANCE COMPANY and FEDERAL INSURANCE COMPANY

JUDGE COAR

MAGISTRATE JUDGE DENLOW

| | (A) | (B) |
|---|---|---|
| SIGNATURE | [signature] | [signature] |
| NAME | DANIEL J. CUNNINGHAM | KATHY KARABOYAS MALAMIS |
| FIRM | TRESSLER, SODERSTROM, MALONEY & PRIESS | TRESSLER, SODERSTROM, MALONEY & PRIESS |
| STREET ADDRESS | 233 S. Wacker Drive - 22nd Fl. | 233 S. Wacker Drive - 22nd Fl. |
| CITY/STATE/ZIP | Chicago, IL 60606-6399 | Chicago, IL 60606-6399 |
| TELEPHONE NUMBER | 312-627-4000 | 312-627-4000 |
| FAX NUMBER | 312-627-1717 | 312-627-1717 |
| E-MAIL ADDRESS | dcunningham@tsmp.com | kmalamis@tsmp.com |
| IDENTIFICATION NUMBER | 6206758 | 6275236 |
| MEMBER OF TRIAL BAR? | YES ☐ NO ☐ | YES ☐ NO ☐ |
| TRIAL ATTORNEY? | YES ☐ NO ☐ | YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | | YES ☐ NO ☐ |

| | (C) | (D) |
|---|---|---|
| SIGNATURE | | |
| NAME | | |
| FIRM | | |
| STREET ADDRESS | | |
| CITY/STATE/ZIP | | |
| TELEPHONE NUMBER | | |
| FAX NUMBER | | |
| E-MAIL ADDRESS | | |
| IDENTIFICATION NUMBER | | |
| MEMBER OF TRIAL BAR? | YES ☐ NO ☐ | YES ☐ NO ☐ |
| TRIAL ATTORNEY? | YES ☐ NO ☐ | YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ | YES ☐ NO ☐ |