IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 05 C 2370 |
| ) | |
| GREAT NORTHERN INSURANCE ) | Judge Coar |
| COMPANY, FEDERAL INSURANCE ) | |
| COMPANY, and PAUL BERNSTEIN, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO: Daniel J. Cunningham, Esq.
Kathy Karaboyas Malamis, Esq.
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 S. Wacker Drive
Chicago, IL 60606-6399

FILED
JUN 2 4 2005
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that on June 24, 2005, the undersigned caused the following **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PAUL BERNSTEIN PURSUANT TO FRCP RULE 41(a)(1)(i)** to be filed in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

Respectfully submitted.
NEW CENTURY MORTGAGE CORPORATION

Dated: June 24, 2005

By one of its attorneys

David A. Gauntlett, Esq.
Eric R. Little, Esq.
M. Catherine Reid, Esq.
GAUNTLETT & ASSOCIATES
18400 Von Karman, Suite 300
Irvine, CA 92612
Tele:  (949) 553-1010
Fax:   (949) 553-2050

Bart T. Murphy, Esq.
WILDMAN, HARROLD, ALLEN & DIXON
2300 Cabot Drive, Suite 455
Lisle, IL 60532-3639
Tele:  (630) 955-0555
Dir.:  (630) 955-6392
Fax:   (630) 955-0662

1545159-1

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 2 4 2005
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREAT NORTHERN INSURANCE )<br>COMPANY, FEDERAL INSURANCE )<br>COMPANY, and PAUL BERNSTEIN, )<br>)<br>Defendants. )<br>) | Case No.: 05 C 2370<br><br>Judge Coar |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PAUL BERNSTEIN PURSUANT TO FRCP RULE 41(a)(1)(i)**

NOW COMES the Plaintiff, NEW CENTURY MORTGAGE CORPORATION, ("New Century") by its attorneys and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal of Defendant Paul Bernstein ("Bernstein"), without prejudice. Defendant Bernstein has not appeared in this case.

WHEREFORE, Plaintiff New Century Mortgage Corporation respectfully submits this Notice of Voluntary Dismissal of Defendant Paul Bernstein.

Respectfully submitted,
NEW CENTURY MORTGAGE CORPORATION

_____
By one of its attorneys

David A. Gauntlett, Esq.
Eric R. Little, Esq.
M. Catherine Reid, Esq.
GAUNTLETT & ASSOCIATES
18400 Von Karman, Suite 300
Irvine, CA 92612
Tele: (949) 553-1010
Fax: (949) 553-2050

Bart T. Murphy, Esq.
WILDMAN, HARROLD, ALLEN & DIXON
2300 Cabot Drive, Suite 455
Lisle, IL 60532-3639
Tele: (630) 955-0555
Dir.: (630) 955-6392
Fax: (630) 955-0662

1545108-1

## CERTIFICATE OF SERVICE

The undersigned an attorney, states that he caused a copy of the foregoing, **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PAUL BERNSTEIN PURSUANT TO FRCP RULE 41(a)(1)(i)**, this 24th day of June, 2005 to be served via U.S. Mail with proper postage attached thereto and addressed to:

Daniel J. Cunningham, Esq.
Kathy Karaboyas Malamis, Esq.
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 S. Wacker Drive
Chicago, IL 60606-6399
Tel.:   (312) 627-4000
Fax:   (312) 627-1717

_____

1545159-1