# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

NEW CENTURY MORTGAGE CORP.,
v.
GREAT NORTHERN INSURANCE COMPANY

Case Number: **05 C 2370**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

New Century Mortgage Corporation, Plaintiff

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE *[signed]* |
| NAME | NAME: Bart T. Murphy |
| FIRM | FIRM: Wildman Harrold Allen & Dixon LLP |
| STREET ADDRESS | STREET ADDRESS: 2300 Cabot Dr. |
| CITY/STATE/ZIP | CITY/STATE/ZIP: Lisle, IL 60532 |
| TELEPHONE NUMBER / FAX NUMBER | TELEPHONE NUMBER: 630-955-6392 / FAX NUMBER: 630-955-0662 |
| E-MAIL ADDRESS | E-MAIL ADDRESS: murphyb@wildmanharrold.com |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER: 6181178 |
| MEMBER OF TRIAL BAR?  YES ☐  NO ☐ | MEMBER OF TRIAL BAR?  YES ☑  NO ☐ |
| TRIAL ATTORNEY?  YES ☐  NO ☐ | TRIAL ATTORNEY?  YES ☑  NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL?  YES ☑  NO ☐ |

**FILED JUN 24 2005**
**MICHAEL W DOBBINS**
**CLERK, U.S. DISTRICT COURT**

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER / FAX NUMBER | TELEPHONE NUMBER / FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?  YES ☐  NO ☐ | MEMBER OF TRIAL BAR?  YES ☐  NO ☐ |
| TRIAL ATTORNEY?  YES ☐  NO ☐ | TRIAL ATTORNEY?  YES ☐  NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ | DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ |