## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 2370 | **DATE** | 6/29/2005 |
| **CASE TITLE** | New Century Mortgage Corp vs. Great Northern Insurance Co., et al | | |

**DOCKET ENTRY TEXT:**

Pursuant to the Notice of Voluntary Dismissal filed on 6/24/2005, defendant Paul Bernstein is hereby dismissed as a party defendant pursuant to Rule 41(a)(1)(i).

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|