# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

FILED
KC
JUN 28 2005
JUN 28 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AE

In the Matter of

New Century Mortgage Corporation,

v.

Great Northern Ins. Co.; Federal Ins. Co. and Paul Bernstein

Case Number: 05-cv-02370

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

New Century Mortgage Corporation

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE *Eric R Little* | | SIGNATURE *David A. Gauntlett* | |
| NAME Eric R. Little | | NAME David A. Gauntlett | |
| FIRM Gauntlett & Associates | | FIRM Same as (A) | |
| STREET ADDRESS 18400 Von Karman, Suite 300 | | STREET ADDRESS Same as (A) | |
| CITY/STATE/ZIP Irvine, CA 92612 | | CITY/STATE/ZIP Same as (A) | |
| TELEPHONE NUMBER (949) 553-1010 | FAX NUMBER (949) 553-2050 | TELEPHONE NUMBER Same as (A) | FAX NUMBER Same as (A) |
| E-MAIL ADDRESS erl@gauntlettlaw.com | | E-MAIL ADDRESS info@gauntlettlaw.com | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 90785544 | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 90785796 | |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | | MEMBER OF TRIAL BAR? YES [X] NO [ ] | |
| TRIAL ATTORNEY? YES [ ] NO [X] | | TRIAL ATTORNEY? YES [ ] NO [X] | |
| | | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [X] | |

| (C) | | (D) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME | | NAME | |
| FIRM | | FIRM | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | | MEMBER OF TRIAL BAR? YES [ ] NO [ ] | |
| TRIAL ATTORNEY? YES [ ] NO [ ] | | TRIAL ATTORNEY? YES [ ] NO [ ] | |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | |

RE: *New Century Mortgage Corp. v. Federal Ins. Co., et al.*
VENUE: U.S.D.C. Northern District of Illinois
CASE NUMBER: 05-cv-02370

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: Gauntlett & Associates, 18400 Von Karman Avenue, Suite 300, Irvine, CA 92612.

On June 27, 2005, I served the foregoing document described as **ATTORNEY APPEARANCE FORM** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Daniel J. Cunningham, Esq. | Bart T. Murphy, Esq. |
| Kathy Karaboyas Malamis, Esq. | Wildman, Harrold, Allen & Dixon LLP |
| Tressler, Soderstrom, Maloney & Priess | 2300 Cabot Dr., Ste. 455 |
| Sears Tower, 22nd Floor | Lisle, IL 60532 |
| 233 S. Wacker Drive | Phone: (630) 955-6392 |
| Chicago, IL 60606-6399 | Fax:: (630) 955-0662 |
| Tel.: (312) 627-4000 | *Local Counsel for New Century Mortgage Corp.* |
| Fax: (312) 627-1717 | |
| *Attorneys for Great Northern Ins. Co. and Federal Ins. Co.* | |

[ ] **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY FACSIMILE)** I caused the document(s) to be delivered by facsimile transmission to the above fax number(s) with the transmission reported as complete and without error.

[X] **(BY UPS NEXT DAY AIR)** I caused such package to be deposited with the UPS Drop Box or UPS Air Service Center located at one of the following locations: 18400 Von Karman, Irvine, California 92612 or 2222 Michelson Drive, #222, Irvine, California 92612.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 27, 2005, at Irvine, California.

Richard Mendizábal
(Print Name)

*(Signature)*