**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois –** **CM/ECF LIVE, Ver 2.4**
**Eastern Division**

New Century Mortgage Corporation
                                Plaintiff,

v.                                                         Case No.: 1:05−cv−02370
                                                         Honorable David H. Coar

Great Northern Insurance Company, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 30, 2005:

      MINUTE entry before Judge David H. Coar :Status hearing held on 6/30/2005. Discovery ordered closed by 8/31/2005. Dispositive Motions due by 9/29/2005.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.