UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., )<br><br>         Plaintiff, )<br><br>v. )<br><br>GREAT NORTHERN INSURANCE )<br>COMPANY, FEDERAL INSURANCE )<br>COMPANY, )<br><br>         Defendants. ) | ) CASE NO.  05C2370<br>)<br>) Judge Coar<br>)<br>) **NOTICE OF MOTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

To:   Daniel J. Cunningham, Esq.
      Kathy Karaboyas Malamis, Esq.
      Tressler, Soderstrom, Maloney & Priess
      Sears Tower, 22nd Floor
      233 S. Wacker Drive
      Chicago, IL  60606-6399
      Tel.:  (312) 627-4000
      Fax:   (312) 627-1717

   **PLEASE TAKE NOTICE** that on October 5, 2005, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Coar, Room 1419, Judge of the United States District Court in the United States Courthouse, or before any other Judge who may be hearing his call of Motions on that day in his place and stead, and shall then and there present Plaintiff's Motion for summary judgment of the Defendants Great Northern Insurance Company and Federal Insurance Company's duty to reimburse settlement, a copy of which is attached hereto.

NEW CENTURY MORTGAGE CORPORATION

Dated: September 28, 2005

By: s/Bart T. Murphy
One of Their Attorneys

| | |
|---|---|
| Bart T. Murphy, Esq. (IL Bar 6181178) | David A. Gauntlett, Esq. |
| WILDMAN, HARROLD, ALLEN | Eric R. Little, Esq. |
| & DIXON LLP | James A. Lowe, Esq. |
| 2300 Cabot Dr., Ste. 455 | GAUNTLETT & ASSOCIATES |
| Lisle, IL 60532 | 18400 Von Karman, Suite 300 |
| Tel: (630) 955-6392 | Irvine, CA 92612 |
| Fax: (630) 955-0662 | Tel: (949) 553-1010 |
| | Fax: (949) 553-2050 |

Attorneys for Plaintiffs