UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> GREAT NORTHERN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, <br><br> Defendants. | CASE NO.: 05C2370 <br><br> Judge Coar <br><br> **NOTICE OF ELECTRONIC FILING** |

To: Daniel J. Cunningham, Esq.
Kathy Karaboyas Malamis, Esq.
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 S. Wacker Drive
Chicago, IL 60606-6399
Tel.: (312) 627-4000
Fax: (312) 627-1717

**PLEASE TAKE NOTICE** that on September 29, 2005, we electronically filed with the Clerk of the United States District Court of the Northern District of Illinois, Eastern Division, **Plaintiff's Motion for Summary Judgment Re Great Northern Insurance Company and Federal Insurance Company's Duty to Reimburse Settlement, Notice of Motion, Plaintiff's Points & Authorities in Support of Plaintiff's Motion for Summary Judgment; Plaintiff's L.R. 56.1(a)(3) Statement of Undisputed Facts; Declaration of James A. Lowe; Declaration**

10479-001-9/28/2005-151453.1                  1

**of Monika McCarthy; Appendix of Exhibits**, copies of which are attached hereto and hereby served upon you.

Dated: September 28, 2005         NEW CENTURY MORTGAGE CORPORATION

                                    By:    s/Bart T. Murphy
                                              One of Their Attorneys

| | |
|---|---|
| Bart T. Murphy, Esq.   (IL Bar 6181178) | David A. Gauntlett, Esq. |
| WILDMAN, HARROLD, ALLEN | Eric R. Little, Esq. |
| & DIXON LLP | James A. Lowe, Esq. |
| 2300 Cabot Dr., Ste. 455 | GAUNTLETT & ASSOCIATES |
| Lisle, IL  60532 | 18400 Von Karman, Suite 300 |
| Tel:     (630) 955-6392 | Irvine, CA  92612 |
|   Fax:   (630) 955-0662 | Tel:    (949) 553-1010 |
| | Fax:   (949) 553-2050 |

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 29, 2005 he electronically filed with the Clerk of the Court the documents listed in this Notice of Filing, and served copies of them on the following via overnight service with delivery on September 30, 2005 addressed to:

Daniel Cunningham, Esq.
Tressler Soderstrom, Maloney & Priess
Sears Tower – 22nd Floor
233 South Wacker Dr.
Chicago, IL 60606-6399

/s/ Bart T. Murphy