DOCUMENT NOT IMAGED DUE TO ITS SIZE.

PLEASE SEE ORIGINAL DOCUMENT

IN THE FILES DEPARTMENT