KKM/mmt/368733            2246-42-75-681

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., | ) |
|     Plaintiff, | ) Case No.: 05 C 2370 |
| v. | ) Judge: Coar |
| GREAT NORTHERN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, | ) |
|     Defendants. | ) |

**FILED**
SEP 30 2005 WH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF MOTION

TO:    All Attorneys of Record
        See Attached Service List

      PLEASE TAKE NOTICE that on **October 5, 2005, at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge David Coar, in Room 1419**, of the United States District Court for the Northern District of Illinois, Eastern Division, or in his absence, before any other Judge who may be sitting in his stead, and then and there present Defendants' **Motion for Summary Judgment**, which was filed September 29, 2005.

                                            TRESSLER, SODERSTROM, MALONEY
                                            & PRIESS

                                            By: _____
                                                    One of Their Attorneys

Daniel J. Cunningham
Kathy Karaboyas Malamis
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6399
(312) 627-4000
Attorneys For Defendants

## **PROOF OF SERVICE**

The undersigned, being first duly sworn on oath, deposes and says that she served the foregoing Notice of Motion and the above-mentioned documents referred to therein by mailing a copy to the above-named party(s) at the addresses indicated above from 233 S. Wacker Drive, Chicago, IL on the 30th day of September, 2005.

SUBSCRIBED AND SWORN
TO BEFORE ME this
30th day of September, 2005.

_____
Notary Public

```
OFFICIAL SEAL
JANICE MUNKVOLD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES  08-19-06
```

KK2/tdw/#269137                                                                                           2246-42

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: O5C2370 |
| ) | |
| ) | Judge Coar |
| v. ) | |
| ) | |
| GREAT NORTHERN INSURANCE ) | |
| COMPANY, FEDERAL INSURANCE ) | |
| COMPANY ) | |
| ) | |
| Defendants. ) | |
| ) | |

## SERVICE LIST

Samuel S. Cohen
Wildman, Harrold, Allen & Dixon, LLP
225 West Wacker Drive – Suite 3000
Chicago, IL 60606
(312) 201-2000
**Fax:** (312) 201-2555

Bart T. Murphy
Wildman, Harrold, Allen & Dixon
2300 Cabot Drive – Suite 455
Lisle, IL 60532
(630) 955-0555
**Fax:** (630) 955-0662

David A. Gauntlett
Eric R. Little
Joseph S. McMillen
Gauntlett & Associates
18400 Von Karman – Suite 300
Irvine, CA 92612
(949) 553-1010
**Fax:** (949) 553-2050