IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>GREAT NORTHERN INSURANCE )<br>COMPANY, FEDERAL INSURANCE )<br>COMPANY, and PAUL BERNSTEIN )<br>)<br>Defendants. )<br>) | Case No.: 05C2370<br><br>Judge Goar<br><br>Formerly Case No. 05CH05371<br>Circuit Court of Cook County<br>Chancery Division |

### NOTICE OF FILING

To:   SEE SERVICE LIST ATTACHED HERETO

PLEASE TAKE NOTICE that on the 29th day of September 2005 there was filed with the Clerk of the United States District Court for the Northern District of Illinois the following documents

1.   Defendants' Motion for Summary Judgment;

2.   Memorandum of Law In Support Of Defendants' Motion For Summary Judgment;

3.   Defendants' Rule 56.1(a)(3) Statement of Undisputed Material Facts;

4.   Affidavit of Daniel J. Cunningham In Support of Defendants' Motion for Summary Judgment (attaching Exhibits 1 through 12)

Copies of the above-referenced document are attached hereto.

Dated: September 29, 2005

GREAT NORTHERN INSURANCE COMPANY
FEDERAL INSURANCE COMPANY

By: _____
One of their Attorneys

Daniel J. Cunningham
Kathy Karaboyas Malamis
TRESSLER, SODERSTROM, MALONEY & PRIESS
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6308
(312) 627-4000

## PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that today he served the foregoing Notice of Filing and the documents referred to therein by mailing via FedEx copies to the above named attorneys. A courtesy copy was also hand delivered on this day to plaintiff's Chicago counsel, Samuel S. Cohen, of Wildman, Harrold, Allen & Dixon, LLP.

_____

SUBSCRIBED AND SWORN to before
Me this 29th day of September 2005.

_____
Notary Public

OFFICIAL SEAL
CYNTHIA CLOSE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-15-07

2

KK2/tdw/#269137 2246-42

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., ) ) Plaintiff, ) ) ) ) v. ) ) GREAT NORTHERN INSURANCE ) COMPANY, FEDERAL INSURANCE ) COMPANY ) ) Defendants. ) ) | Case No.: O5C2370 Judge Coar |

## SERVICE LIST

Samuel S. Cohen
Wildman, Harrold, Allen & Dixon, LLP
225 West Wacker Drive – Suite 3000
Chicago, IL 60606
(312) 201-2000
**Fax:** (312) 201-2555

Bart T. Murphy
Wildman, Harrold, Allen & Dixon
2300 Cabot Drive – Suite 455
Lisle, IL 60532
(630) 955-0555
**Fax:** (630) 955-0662

David A. Gauntlett
Eric R. Little
Joseph S. McMillen
Gauntlett & Associates
18400 Von Karman – Suite 300
Irvine, CA 92612
(949) 553-1010
**Fax:** (949) 553-2050

KKM/ds/kbr/mmt/367535                                                              2246-42-75-681

### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREAT NORTHERN INSURANCE )<br>COMPANY, FEDERAL INSURANCE )<br>COMPANY, )<br>)<br>Defendants. ) | Case No.: 05 C 2370<br><br>Judge: Coar |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants GREAT NORTHERN INSURANCE COMPANY ("Great Northern"), and FEDERAL INSURANCE COMPANY ("Federal"), by and through their attorneys, and pursuant to Federal Rule of Civil Procedure 56, move this Honorable Court for Summary Judgment. In support thereof Great Northern and Federal have filed herewith a Memorandum In Support of Their Motion For Summary Judgment, a Rule 56.1 Statement of Undisputed Facts, and the Affidavit of Daniel J. Cunningham.

WHEREFORE, Great Northern and Federal respectfully requests that this court enter an order granting judgment in Great Northern's and Federal's favor and against NCMC judging and declaring that Great Northern and Federal owe no indemnity obligation with respect to the settlement stemming from the Bernstein suit, and for such other relief as this court deems just and proper, including an award of costs.

GREAT NORTHERN INSURANCE COMPANY and
FEDERAL INSURANCE COMPANY

By: _____
One of Their Attorneys

Daniel J. Cunningham
Kathy Karaboyas Malamis
TRESSLER, SODERSTROM, MALONEY & PRIESS
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6399
(312) 627-4000

2