# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
### Eastern Division

New Century Mortgage Corporation

                                      Plaintiff,

v.                                                Case No.: 1:05−cv−02370
                                                Honorable David H. Coar

Great Northern Insurance Company, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 5, 2005:

      MINUTE entry before Judge David H. Coar : Motion hearing held on 10/5/2005 regarding motion for summary judgment[13], motion for summary judgment[24]. Set deadlines as to the Cross motions for summary judgment [13] & [24] : Responses due by 10/27/2005; Replies due by 11/10/2005. Plaintiff's MOTION for summary judgment [13] and Defendants' MOTION for summary judgment [24] are taken under advisement, ruling to issue by mail.Mailed or e−mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.