KKM/ds/370472                                                              2246-42-75-681

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREAT NORTHERN INSURANCE ) <br> COMPANY, FEDERAL INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendants. ) | Case No.: 05 C 2370 <br><br> Judge: Coar |

### NOTICE OF MOTION

To:    Bart T. Murphy                          David A. Gauntlett
       Wildman, Harrold, Allen & Dixon         Eric R. Little
       2300 Cabot Drive – Suite 455            Gauntlett & Associates
       Lisle, IL 60532                         18400 Von Karman – Suite 300
       (630) 955-0555                          Irvine, CA 92612
       Fax: (630) 955-0662                     (949) 553-1010
                                               Fax: (949) 553-2050

PLEASE TAKE NOTICE that on November 2, at **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge David Coar, in Room 1419**, of the United States District Court for the Northern District of Illinois, Eastern Division, or in his absence, before any other Judge who may be sitting in his stead, and then and there present Defendants' **Motion To Strike ¶¶ 6 And 10 Of The Affidavit Of Monica McCarthy**, which was filed October 27, 2005.

                                               GREAT NORTHERN INSURANCE COMPANY

                                               By: /s/ *Daniel J. Cunningham*
                                               _____
                                                        One of Its Attorneys

Daniel J. Cunningham
Kathy Karaboyas Malamis
TRESSLER, SODERSTROM, MALONEY & PRIESS
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6399
(312) 627-4000