KK2/mmt/371401                                                                2246-42-75-681

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., ) | Case No.: 05C2370 |
| ) | |
| ) | Judge: Coar |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GREAT NORTHERN INSURANCE ) | |
| COMPANY, FEDERAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2005, I electronically filed Defendants, Great Northern Insurance Company's and Federal Insurance Company's Reply in Further Support of its Motion for Summary Judgment with the Clerk of the Court using CM/ECF System which will send notification of such filing(s) to the following:

| | |
|---|---|
| Bart T. Murphy | David A. Gauntlett |
| Wildman, Harrold, Allen & Dixon | Eric R. Little |
| 2300 Cabot Drive – Suite 455 | Gauntlett & Associates |
| Lisle, IL 60532 | 18400 Von Karman – Suite 300 |
| (630) 955-0555 | Irvine, CA 92612 |
| **Fax**: (630) 955-0662 | (949) 553-1010 |
| | **Fax:** (949) 553-2050 |

GREAT NORTHERN INSURANCE COMPANY

By: /s/ *Kathy Karaboyas Malamis*
_____
One of Its Attorneys

Daniel J. Cunningham
Kathy Karaboyas Malamis
TRESSLER, SODERSTROM, MALONEY & PRIESS
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6399
(312) 627-4000