KK2/mmt/371402  2246-42

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., <br><br>Plaintiff,<br><br>v.<br><br>GREAT NORTHERN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY,<br><br>Defendants. | Case No.: 05C2370<br><br>Judge: Coar |

## CERTIFICATE OF SERVICE

     I hereby certify that on November 10, 2005, I electronically filed Defendants, Great Northern Insurance Company's and Federal Insurance Company's Appendix of Unpublished Authorities Cited in Reply Memorandum with the Clerk of the Court using CM/ECF System which will send notification of such filing(s) to the following:

| | |
|---|---|
| Bart T. Murphy<br>Wildman, Harrold, Allen & Dixon<br>2300 Cabot Drive – Suite 455<br>Lisle, IL  60532<br>(630) 955-0555<br>**Fax:**  (630) 955-0662 | David A. Gauntlett<br>Eric R. Little<br>Gauntlett & Associates<br>18400 Von Karman – Suite 300<br>Irvine, CA  92612<br>(949) 553-1010<br>**Fax:**  (949) 553-2050 |

GREAT NORTHERN INSURANCE COMPANY

By: /s/ *Kathy Karaboyas Malamis*
_____
One of Its Attorneys

Daniel J. Cunningham
Kathy Karaboyas Malamis
TRESSLER, SODERSTROM, MALONEY & PRIESS
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois  60606-6399
(312) 627-4000