# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

New Century Mortgage Corporation

                                                       Plaintiff,

v.                                                    Case No.: 1:05−cv−02370
                                                                   Honorable David H. Coar

Great Northern Insurance Company, et al.

                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 2, 2005:

      MINUTE entry before Judge David H. Coar : Motion hearing held on 11/2/2005 regarding motion to strike[34].Motion to strike [34] is taken under advisement – ruling to issue with summary judgment motion.(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.