KK2/mmt/372357                                                                                   2246-42-75-681

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., | ) ) ) |
| Plaintiff, | ) Case No.: 05 C 2370 ) ) Judge: Coar |
| v. | ) ) |
| GREAT NORTHERN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) ) |

### DEFENDANTS' GREAT NORTHERN INSURANCE COMPANY AND FEDERAL INSURANCE COMPANY'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY

NOW COME the Defendants, GREAT NORTHERN INSURANCE COMPANY ("Great Northern") and Federal Insurance Company ("Federal") by and through their attorneys, TRESSLER, SODERSTROM, MALONEY & PRIESS, and hereby move for leave to submit supplemental authority to the Court, and in support thereof, state as follows:

1.   Great Northern and Federal's Reply In Further Support of Their Motion For Summary Judgment was filed on November 10, 2005.

2.   Thereafter, on November 22, 2005, The Honorable Judge Robert J. Gettleman rendered a decision in St. Paul Fire and Marine Insurance Company v. Brunswick Corporation and Brunswick Bowling & Billiards Corporation, Case No. 04 C 7751 (United States District Court for the Northern District of Illinois), holding that an insurer owed no duty to defend or indemnify its insured for TCPA claims under the advertising injury, personal injury, or property

damage coverage portions of the insurance policy at issue. (A copy of the November 22, 2005 decision is attached hereto as Exhibit A).

3.    Great Northern and Federal seek leave to submit <u>St. Paul Fire and Marine Ins. Co. v. Brunswick Corp., et al.</u>, in further support of their Motion for Summary Judgment.

WHEREFORE, Defendants, GREAT NORTHERN INSURANCE COMPANY and FEDERAL INSURANCE COMPANY, respectfully request that this Honorable Court enter an order granting Defendants leave to submit the additional authority referred to herein in further support of their Motion for Summary Judgment, and for such other relief as this Court deems necessary and just.

GREAT NORTHERN INSURANCE
COMPANY AND FEDERAL
INSURANCE COMPANY

By: *s/Kathy Karaboyas Malamis*
_____
One of Their Attorneys

Daniel J. Cunningham
Kathy Karaboyas Malamis
TRESSLER, SODERSTROM, MALONEY & PRIESS
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois  60606-6399
(312) 627-4000