KKM//mmt/372367                                                          2246-42-75-681

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NEW CENTURY MORTGAGE CORP., | ) ) | |
| | ) | Case No.: 05 C 2370 |
| Plaintiff, | ) ) | |
| | ) | Judge: Coar |
| v. | ) ) | |
| GREAT NORTHERN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:**    Bart T. Murphy                          David A. Gauntlett
          Wildman, Harrold, Allen & Dixon         Eric R. Little
          2300 Cabot Drive – Suite 455            Gauntlett & Associates
          Lisle, IL 60532                         18400 Von Karman – Suite 300
                                                  Irvine, CA 92612

PLEASE TAKE NOTICE that on **December 8, 2005,** at **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge David Coar, in Room 1419,** of the United States District Court for the Northern District of Illinois, Eastern Division, or in his absence, before any other Judge who may be sitting in his stead, and then and there present Defendants' **Motion For Leave To Provide Supplemental Authority,** which was filed November 29, 2005.

GREAT NORTHERN INSURANCE COMPANY

By: /s/ *Kathy Karaboyas Malamis*

_____
One of Its Attorneys

Daniel J. Cunningham
Kathy Karaboyas Malamis
TRESSLER, SODERSTROM, MALONEY & PRIESS
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6399
(312) 627-4000