KK2/mmt/372366  2246-42-75-681

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREAT NORTHERN INSURANCE )<br>COMPANY, FEDERAL )<br>INSURANCE COMPANY, )<br>)<br>Defendants. )<br>_____ ) | Case No.: 05 C 2370<br><br>Judge: Coar |

### CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2005, I electronically filed Defendants, Great Northern Insurance Company's and Federal Insurance Company's Motion For Leave to Provide Supplemental Authority with the Clerk of the Court using CM/ECF System which will send notification of such filing(s) to the following:

Bart T. Murphy
Wildman, Harrold, Allen & Dixon
2300 Cabot Drive – Suite 455
Lisle, IL 60532

David A. Gauntlett
Eric R. Little
Gauntlett & Associates
18400 Von Karman – Suite 300
Irvine, CA 92612

GREAT NORTHERN INSURANCE COMPANY

By: /s/ *Kathy Karaboyas Malamis*
_____
One of Its Attorneys

Daniel J. Cunningham
Kathy Karaboyas Malamis
TRESSLER, SODERSTROM, MALONEY & PRIESS
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6399
(312) 627-4000