IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) No. 05 C 2370 <br> GREAT NORTHERN INSURANCE ) <br> COMPANY, FEDERAL INSURANCE ) Judge Coar <br> COMPANY, ) <br> ) <br> Defendants. ) <br> _____) | |

### NOTICE OF FILING

TO:  Daniel J. Cunningham, Esq.
     Kathy Karaboyas Malamis, Esq.
     Tressler, Soderstrom, Maloney & Priess
     Sears Tower, 22nd Floor
     233 S. Wacker Drive
     Chicago, IL  60606-6399

PLEASE TAKE NOTICE that on December 5, 2005, the undersigned caused **NEW CENTURY'S RESPONSE TO DEFENDANTS' MOTION TO FILE SUPPLEMENTAL AUTHORITY N SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT,** to be electronically filed with the Clerk of the Court, a copy of which was served upon you by the Clerk's Office CM/ECF system.

Respectfully submitted.
NEW CENTURY MORTGAGE CORPORATION

Dated: December 5, 2005            /s/ Bart T. Murphy_____
                                   By one of its attorneys

Bart T. Murphy, Esq.                David A. Gauntlett
WILDMAN, HARROLD, ALLEN & DIXON     Eric R. Little
2300 Cabot Drive, Suite 455         GAUNTLETT & ASSOCIATES
Lisle, IL  60532-3639               18400 Von Karman, Suite 300
Tele:    (630) 955-0555             Irvine, CA  92612
                                    Tel:    (949) 553-1010

1608207-1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 5th day of December 2005 he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Daniel J. Cunningham         at dcunningham@tsmp.com

Kathy K Karaboyas            at kmalamis@tsmp.com


/s/ Bart T. Murphy

1608207-1