IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05 C 2370 |
| ) | |
| GREAT NORTHERN INSURANCE ) | Judge Coar |
| COMPANY, FEDERAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO: Daniel J. Cunningham, Esq.
Kathy Karaboyas Malamis, Esq.
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 S. Wacker Drive
Chicago, IL 60606-6399

PLEASE TAKE NOTICE that on December 19, 2005 at 9:00 a.m., Plaintiff shall present the attached **PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT,** to Judge Coar or whomever may be sitting in his stead in Courtroom 1419 in the United States Courthouse located at 219 S. Dearborn St., Chicago, IL 60604.

Respectfully submitted.
NEW CENTURY MORTGAGE CORPORATION

Dated: December 12, 2005      /s/ Bart T. Murphy
                              By one of its attorneys

David A. Gauntlett                Bart T. Murphy
Eric R. Little                    WILDMAN, HARROLD, ALLEN & DIXON
GAUNTLETT & ASSOCIATES            2300 Cabot Drive, Suite 455
18400 Von Karman, Suite 300       Lisle, IL 60532-3639
Irvine, CA 92612                  Tel: (630) 955-0555
Tel: (949) 553-1010

1610962-1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 12th day of December 2005 he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Daniel J. Cunningham      at dcunningham@tsmp.com

Kathy K Karaboyas      at kmalamis@tsmp.com

/s/ Bart T. Murphy

1610962-1