**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5**
**Eastern Division**

New Century Mortgage Corporation
                                        Plaintiff,

v.                                                      Case No.: 1:05−cv−02370
                                                      Honorable David H. Coar

Great Northern Insurance Company, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 8, 2005:

      MINUTE entry before Judge David H. Coar : Motion hearing held on 12/8/2005 regarding motion to supplement[43]. Defebdabts; Motion for leave to provide supplemental authority [43] is granted. (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.