# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

New Century Mortgage Corporation

                        Plaintiff,

v.                                         Case No.: 1:05−cv−02370
                                         Honorable David H. Coar

Great Northern Insurance Company, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 19, 2005:

      MINUTE entry before Judge David H. Coar : Motion hearing held on 12/19/2005 regarding motion for leave to file[49] Motion for leave to file [49]supplemental authority is granted, plaintiff is given leave to cite the 11th Circuit's decision in Hooter's of Augusta, Inc as supplemental authority in oppositoin to Defendnat's Motion for Summary Judgment and in support of its Motion for Summary Judgment. (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.