IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> GREAT NORTHERN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 05 C 2370 <br> ) <br> ) Judge Coar <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF MOTION

TO:   Daniel J. Cunningham, Esq.
Kathy Karaboyas Malamis, Esq.
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 S. Wacker Drive
Chicago, IL  60606-6399

PLEASE TAKE NOTICE that on March 15, 2006 at 9:00 a.m., Plaintiff shall present the attached **PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT,** to Judge Coar or whomever may be sitting in his stead in Courtroom 1419 in the United States Courthouse located at 219 S. Dearborn St., Chicago, IL 60604.

Respectfully submitted.
NEW CENTURY MORTGAGE CORPORATION

Dated: December 14, 2005     /s/ Bart T. Murphy
                              By one of its attorneys

David A. Gauntlett                Bart T. Murphy
Eric R. Little                    WILDMAN, HARROLD, ALLEN & DIXON
GAUNTLETT & ASSOCIATES            2300 Cabot Drive, Suite 455
18400 Von Karman, Suite 300       Lisle, IL  60532-3639
Irvine, CA  92612                 Tel: (630) 955-0555
Tel:   (949) 553-1010

1610962-1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 9th day of March 2006 he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Daniel J. Cunningham at dcunningham@tsmp.com

Kathy K Karaboyas at kmalamis@tsmp.com

/s/ Bart T. Murphy
Bart T. Murphy # 6181178
WILDMAN HARROLD ALLEN & DIXON
2300 Cabot Dr., Suite 455
Lisle, IL 60532
(630) 955-6392

1610962-1