IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) No. 05 C 2370 <br> GREAT NORTHERN INSURANCE ) <br> COMPANY, FEDERAL INSURANCE ) Judge Coar <br> COMPANY, ) <br> ) <br> Defendants. ) <br> ) | |

### NOTICE OF MOTION

TO:  Daniel J. Cunningham, Esq.
     Kathy Karaboyas Malamis, Esq.
     Tressler, Soderstrom, Maloney & Priess
     Sears Tower, 22nd Floor
     233 S. Wacker Drive
     Chicago, IL 60606-6399

PLEASE TAKE NOTICE that on April 6, 2006 at 9:00 a.m., Plaintiff shall present the attached **PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT,** to Judge Coar or whomever may be sitting in his stead in Courtroom 1419 in the United States Courthouse located at 219 S. Dearborn St., Chicago, IL 60604.

Respectfully submitted.
NEW CENTURY MORTGAGE CORPORATION

Dated: March 31, 2006          /s/ Bart T. Murphy
                               By one of its attorneys

David A. Gauntlett              Bart T. Murphy
Eric R. Little                  WILDMAN, HARROLD, ALLEN & DIXON
GAUNTLETT & ASSOCIATES          2300 Cabot Drive, Suite 455
18400 Von Karman, Suite 300     Lisle, IL 60532-3639
Irvine, CA 92612                Tel: (630) 955-0555
Tel:  (949) 553-1010

1610962-1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 31st day of March 2006 he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Daniel J. Cunningham     at dcunningham@tsmp.com

Kathy K Karaboyas       at kmalamis@tsmp.com

/s/ Bart T. Murphy
Bart T. Murphy # 6181178
WILDMAN HARROLD ALLEN & DIXON
2300 Cabot Dr., Suite 455
Lisle, IL 60532
(630) 955-6392

1610962-1