## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 2370 | **DATE** | 7/25/2006 |
| **CASE TITLE** | New Century Mortgage Corp. Vs. Great Northern Insurance Co. & Federal Insurance Co. | | |

**DOCKET ENTRY TEXT**

For the reasons stated on the attached Memorandum Opinion and Order, Plaintiff New Century Mortgage Corp.'s Motion for Summary Judgment [# 13] and Defendants Great Northern Insurance Co. & Federal Insurance Co.'s Motion for Summary Judgment [# 24] are DENIED. Defendants Great Northern Insurance Co. & Federal Insurance Co.'s Motion to Strike Paragraphs 6 and 10 of the Affidavit of Monica [*sic*] McCarthy [# 34] is DENIED.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | *mvf/lc* |
|---|---|---|