DJC/mmt/387406                                                            2246-42-75-681

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NEW CENTURY MORTGAGE CORP., | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 05 C 2370 |
| | ) | Judge: Coar |
| v. | ) ) | |
| GREAT NORTHERN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:     Bart T. Murphy                                 David A. Gauntlett
           Wildman, Harrold, Allen & Dixon             Eric R. Little
           2300 Cabot Drive – Suite 455                Gauntlett & Associates
           Lisle, IL  60532                                      18400 Von Karman – Suite 300
                                                                   Irvine, CA  92612

       PLEASE TAKE NOTICE that on **August 8, 2006**, at **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge David Coar, in Room 1419**, of the United States District Court for the Northern District of Illinois, Eastern Division, or in his absence, before any other Judge who may be sitting in his stead, and then and there present Defendants' **Motion For Reconsideration**, which was filed August 1, 2006.

                                             GREAT NORTHERN INSURANCE COMPANY

                                             By: /s/ *Daniel J. Cunningham*
                                             _____
                                                  One of Its Attorneys

Daniel J. Cunningham
Kathy Karaboyas Malamis
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois  60606-6399
(312) 627-4000

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2006, I electronically filed Defendants, Great Northern Insurance Company's and Federal Insurance Company's Motion for Consideration with the Clerk of the Court using CM/ECF System which will send notification of such filing(s) to the following:

Bart T. Murphy
Wildman, Harrold, Allen & Dixon
2300 Cabot Drive – Suite 455
Lisle, IL  60532

David A. Gauntlett
Eric R. Little
Gauntlett & Associates
18400 Von Karman – Suite 300
Irvine, CA  92612


GREAT NORTHERN INSURANCE COMPANY


By: /s/ *Daniel J. Cunningham*
―――――――――――――――――――
One of Its Attorneys

Daniel J. Cunningham
Kathy Karaboyas Malamis
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois  60606-6399
(312) 627-4000