DJC/mmt/389240                                                                                                                         2246-42-75-681

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., | ) Case No.: 05 C 2370 |
|         Plaintiff, | ) Judge: Coar |
| v. | ) |
| GREAT NORTHERN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, | ) |
|         Defendants. | ) |

### CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2006, I electronically filed Defendants, Great Northern Insurance Company's and Federal Insurance Company's Reply in Further Support for Their Motion for Reconsideration with the Clerk of the Court using CM/ECF System which will send notification of such filing(s) to the following:

Bart T. Murphy  
Wildman, Harrold, Allen & Dixon  
2300 Cabot Drive – Suite 455  
Lisle, IL 60532  

David A. Gauntlett  
Eric R. Little  
Gauntlett & Associates  
18400 Von Karman – Suite 300  
Irvine, CA 92612  

                                        GREAT NORTHERN INSURANCE COMPANY

                                        By: /s/ *Daniel J. Cunningham*
                                                       One of Its Attorneys

Daniel J. Cunningham  
Kathy Karaboyas Malamis  
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP  
Sears Tower, 22nd Floor  
233 South Wacker Drive  
Chicago, Illinois 60606-6399  
(312) 627-4000