IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GREAT NORTHERN INSURANCE )<br>COMPANY, FEDERAL INSURANCE )<br>COMPANY, )<br>)<br>Defendants. )<br>) | No. 05 C 2370<br><br>Judge Coar |

## NOTICE OF MOTION

TO: Daniel J. Cunningham, Esq.
Kathy Karaboyas Malamis, Esq.
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 S. Wacker Drive
Chicago, IL 60606-6399

PLEASE TAKE NOTICE that on September 13, 2006 at 9:00 a.m., Plaintiff shall present the attached **PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING THE ILLINOIS SUPREME COURT'S DECISION IN *VALLEY FORGE v. SWIDERSKI*,** to Judge Coar or whomever may be sitting in his stead in Courtroom 1419 in the United States Courthouse located at 219 S. Dearborn St., Chicago, IL 60604.

Respectfully submitted.
NEW CENTURY MORTGAGE CORPORATION

Dated: September 7, 2006

/s/ Bart T. Murphy
By one of its attorneys

David A. Gauntlett
Eric R. Little
GAUNTLETT & ASSOCIATES
18400 Von Karman, Suite 300
Irvine, CA 92612
Tel: (949) 553-1010

Bart T. Murphy
WILDMAN, HARROLD, ALLEN & DIXON
2300 Cabot Drive, Suite 455
Lisle, IL 60532-3639
Tel: (630) 955-0555

1610962-1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 7th[t] day of September 2006 he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Daniel J. Cunningham        at dcunningham@tsmp.com

Kathy K Karaboyas        at kmalamis@tsmp.com


/s/ Bart T. Murphy
Bart T. Murphy # 6181178
WILDMAN HARROLD ALLEN & DIXON
2300 Cabot Dr., Suite 455
Lisle, IL 60532
(630) 955-6392

1610962-1