## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 2370 | **DATE** | 9/24/2007 |
| **CASE TITLE** |  | New Century Mortgage Corporation vs. Great Northern Insurance Co., et al | |

**DOCKET ENTRY TEXT**

Status hearing held on 9/24/2007.  The Court was advised that the plaintiff filed a Chapter 11 Bankruptcy Proceeding in Delaware.  This action is transferred to the District Court in Delaware, and then to be referred to the Bankruptcy Court in Delaware.   Civil case terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|