# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**                                                      **OFFICE OF THE CLERK**
**CLERK**                                                                                **(312) 435-5691**

October 11, 2007

U.S. District Court
J. Caleb Boggs Federal Bldg.
844 North King Street
Wilmington, DE 19801-3519

*RE:*        *New Century Mortgage Corporation vs. Great Northern Insurance Company*
*Case No.:*   *05cv2370*

Enclosed is the certified record which is being transferred to your court pursuant to an order entered on September 24, 2007, by the Honorable David H. Coar. Enclosed is a certified copy of the transfer order and docket sheet, and transmittal letter.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET AS PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

                                                       Sincerely yours,

                                                       Michael W. Dobbins, Clerk

                                                       By
                                                           Rosa B. Franco
                                                           Deputy Clerk

Enclosures

New Case No. _____   Date _____