# GAUNTLETT & ASSOCIATES
### ATTORNEYS AT LAW

18400 Von Karman, Suite 300
Irvine, California 92612
Phone: (949) 553-1010
Facsimile: (949) 553-2050

Email: info@gauntlettlaw.com
Website: www.gauntlettlaw.com

Our File Number:
10465-013

October 31, 2007

**VIA UPS SECOND DAY AIR**

Filing Clerk
U.S.D.C. – District of Delaware
Lockbox 18
844 King Street
U.S. Courthouse
Wilmington, DE 19801

FILED
2007 NOV -2 PM 12: 15
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: *New Century Mortgage Corp. v. Great Northern Ins. Co., et al.*
U.S.D.C., District of Delaware, Case No. 07-cv-640

- **Motion to Withdraw As Counsel of Record**

Dear Clerk:

Enclosed is the Motion of David A. Gauntlett and Gauntlett & Associates to Withdraw As Counsel for New Century Mortgage Corporation. Please conform the face page and return to us in the enclosed self-addressed stamped envelope provided for your convenience.

If you should have any questions, please do not hesitate to call the undersigned.

Very truly yours,

Richard Mendizabal
Assistant to David A. Gauntlett

:rm

Enclosures

cc: David A. Gauntlett, Esq.

10465-013-10/31/2007-158973.1