## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| NEW CENTURY MORTGAGE CORPORATION, | ) )  ) C.A. No. 07-00640 (UNA) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GREAT NORTHERN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, et al. | ) ) ) ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of Marc S. Casarino, Esquire on behalf of defendants Great Northern Insurance Company and Federal Insurance Company.

**WHITE and WILLIAMS LLP**

/s/ *Marc S. Casarino*
MARC S. CASARINO (#3613)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4501
*Attorney for Defendants,
Great Northern Insurance Company and
Federal Insurance Company*

Dated: November 19, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NEW CENTURY MORTGAGE CORPORATION, )<br>)<br>)       Plaintiff, )<br>)<br>v. )<br>)<br>GREAT NORTHERN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, et al. )<br>)<br>)<br>)<br>      Defendants. ) | C.A. No. 07-00640 (UNA) |

### CERTIFICATE OF SERVICE

I, Marc S. Casarino, Esquire do hereby certify that on this 19th day of November, 2007, two copies of the foregoing **ENTRY OF APPEARANCE** were served upon the following via U.S. Mail:

Bart T. Murphy, Esq.
Wildman Harrold Allen & Dixon LLP
2300 Cabot Drive
Lisle, IL 60532

Eric R. Little
Gauntett & Associates
18400 Von Karman
Suite 300
Irvine, CA 92612

WHITE and WILLIAMS  LLP

/s/ *Marc S. Casarino*
MARC S. CASARINO (#3613)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
(302) 467-4501
*Attorney for Defendants,*
*Great Northern Insurance Company and*
*Federal Insurance Company*

PHLDMS1 3761134v.1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NEW CENTURY MORTGAGE CORPORATION, ) ) ) | |
| Plaintiff, ) ) | C.A. No. 07-00640 (UNA) |
| v. ) ) | |
| GREAT NORTHERN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, et al. ) ) ) ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Marc S. Casarino, Esquire do hereby certify that on this 19th day of November, 2007, two copies of the foregoing **ENTRY OF APPEARANCE** were served upon the following via U.S. Mail:

> Bart T. Murphy, Esq.
> Wildman Harrold Allen & Dixon LLP
> 2300 Cabot Drive
> Lisle, IL 60532
>
> Eric R. Little
> Gauntett & Associates
> 18400 Von Karman
> Suite 300
> Irvine, CA 92612

> **WHITE and WILLIAMS LLP**
>
> /s/ *Marc S. Casarino*
> MARC S. CASARINO (#3613)
> 824 North Market Street, Suite 902
> P.O. Box 709
> Wilmington, DE 19899-0709
> (302) 467-4501
> *Attorney for Defendants,*
> *Great Northern Insurance Company and*
> *Federal Insurance Company*