IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NEW CENTURY MORTGAGE CORP.,            :

       Plaintiff,            :

      v.            : Civil Action No. 07-640 GMS

GREAT NORTHERN INS. CO., et al.,            :

       Defendants,            :

## O R D E R

WHEREAS, on October 11, 2007, this case was transferred to this court from the United States District Court for the Northern District of Illinois (D.I. 78);

WHEREAS, on October 17, 2007, local counsel letters were sent to counsel for the parties (D.I. 80 and 81);

WHEREAS, on November 19, 2007, a notice of appearance was entered by Marc Stephen Casarino on behalf of the defendants Great Northern Insurance Company and Federal Insurance Company (D.I. 85);

WHEREAS, this case was reassigned from the Vacant Judgeship to the undersigned on February 1, 2008; and

WHEREAS, "a corporation may appear in the federal courts only through licensed counsel;"[1]

IT IS HEREBY ORDERED that:

The plaintiff New Century Mortgage Corporation will have 10 days from the date of this Order within which to obtain local counsel. Failure to comply with this Order may result in dismissal of this matter.

Dated: February, 13, 2008

CHIEF, UNITED STATES DISTRICT JUDGE

---

[1] *Rowland v. California Mens Colony*, 506 U.S. 194, 202 (1993); *Carefirst of Maryland, Inc. v. Care First Transportation, Inc.*, No. Civ. A. 02-229(MPT), 2002 WL 31500927, at * 5 (D. Del. Nov. 1, 2002).

FILED

FEB 1 3 2008

U.S. DISTRICT COURT