IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., <br><br> Plaintiff, <br><br> v. <br><br> GREAT NORTHERN INS. CO., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 07-640 GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

TO:   Marc S. Casarino
      White and Williams LLP
      824 North Market Street, Suite 902
      P.O. Box 709
      Wilmington, DE  19899-0709

Please enter the appearance of Russell C. Silberglied of Richards, Layton & Finger, P.A. as counsel to plaintiff, New Century Mortgage Corporation.

*/s/ Russell C. Silberglied*
Russell C. Silberglied (#3462)
Silberglied@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700

*Attorneys for Plaintiff*
*New Century Mortgage Corporation*

Dated:  February 25, 2008

RLF1-3256598-1