IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-640 GMS |
| v. ) | |
| ) | |
| GREAT NORTHERN INS. CO., et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

TO:    Marc S. Casarino
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709

Please enter the appearance of Christopher M. Samis of Richards, Layton & Finger, P.A. as counsel to plaintiff, New Century Mortgage Corporation.

/s/ Christopher M. Samis
_____
Christopher M. Samis (#4909)
Samis@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700

*Attorneys for Plaintiff*
*New Century Mortgage Corporation*

Dated: February 25, 2008