# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

March 13, 2008

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

> Re:   New Century Mortgage Corp. v. Great Northern Insurance Co.
>        C.A. No. 07-640-GMS

Dear Chief Judge Sleet:

      We represent plaintiff New Century Mortgage Corporation ("New Century") in the above matter. As Your Honor may be aware, this coverage dispute came to the Court by way of an October 2007 transfer order issued, *sua sponte*, by the United States District Court for the Northern District of Illinois, Eastern Division.

      We are aware of no issues in the case that require immediate judicial action. Indeed, before the transfer, the Illinois District Court issued an opinion denying cross motions for summary judgment. No scheduling order had been in place because the parties attempted to dispose of the case on summary judgment.

      Subject to the Court's availability, we are hopeful that the Court could schedule a Rule 16(b) conference in late March or early April. In addition to discussing an appropriate schedule for this case, we intend to raise with Your Honor the possibility of referring the matter to mediation as soon as possible given New Century's status as a debtor in bankruptcy proceedings pending in Delaware. New Century has now filed a plan of liquidation and strives to promptly liquidate all of its assets, including any proceeds from this litigation, for the benefit of its creditors.

RLF1-3262459-1

The Honorable Gregory M. Sleet
March 13, 2008
Page 2

Counsel remains available at the Court's convenience to address any of the matters raised herein.

Respectfully submitted,

Chad M. Shandler (#3796)

CS:ps
cc:   Clerk of the Court (by electronic filing)
      Russell C. Silberglied, Esq.
      Stephen Casarino, Esq,

RLF1-3262459-1