IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP. | : |
| | : |
| v. | : Civil Action No. 07-640 GMS |
| | : |
| GREAT NORTHERN INS. CO. | : |

### ORDER

WHEREAS, on October 11, 2007, this action was transferred to the District of Delaware from the District of Illinois (D.I. 78);

WHEREAS, on February 1, 2008, the case was reassigned from the Vacant Judgeship to the undersigned;

WHEREAS, in a letter dated March 13, 2008, counsel for New Century Mortgage Corporation ("NCMC") advised the court of NCMC's status as a debtor in bankruptcy proceedings in Delaware (D.I. 90);

WHEREAS, Title 11 of the United States Code, Section 362, mandates an automatic stay of certain acts against the debtor upon the filing of a petition in bankruptcy under any chapter of the Bankruptcy Code;

IT IS HEREBY ORDERED that:

This case is **ADMINISTRATIVELY CLOSED**, to be reopened for further proceedings upon motion by any party to this action no later than thirty days following a disposition of the bankruptcy case.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

March  19 , 2008

FILED
MAR 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE