IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NEW CENTURY MORTGAGE CORP.   :

      Plaintiff

      :

v.   Civil Action No. 07-640 GMS-MPT

      :

GREAT NORTHERN INS. CO.

      :

      Defendant

      :

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this __17th__ day of July, 2008, IT IS ORDERED THAT:

1. Magistrate Judge Mary Pat Thynge shall regulate and resolve all pretrial matters, including mediation, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b)(1)(B) and any further Order of Court; and

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

JUL 17 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE