# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

NEW CENTURY MORTGAGE CORP.,    :
    :
        Plaintiff,    :
    :
      v.    :    C. A. No. 07-640-GMS/MPT
    :
GREAT NORTHERN INS. CO.,    :
    :
        Defendant.    :

## ORDER

At Wilmington this **29th** day of **July, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, August 21, 2008 at 10:00 a.m. Eastern Time** with Judge Thynge.  The purpose of the teleconference is to follow up on the schedule, mediation, and timing of the pretrial and trial. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE