IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., ) | |
| ) | C.A. No. 07-640-GMS/MPT |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| GREAT NORTHERN INS. CO., ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Lorelie S. Masters, Esquire, to represent Plaintiff New Century Mortgage Corp. in the above matter.

/s/ Chad M. Shandler
Chad M. Shandler (#3796)
Shandler@rlf.com
Richards, Layton & Finger PA
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
Attorneys for New Century Mortgage Corp.

Dated: July 30, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of _____, 2008.

_____
United States District Judge

RLF1-3307423-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia and the State of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

*Lorelie S. Masters*
Lorelie S. Masters
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412

Dated: July 29, 2008