IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 07-640-GMS-MPT |
| GREAT NORTHERN INSURANCE CO., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, effective immediately, Dale R. Dubé of Blank Rome LLP enters her appearance as Delaware counsel (with Jenner & Block LLP) on behalf of Plaintiff New Century Mortgage Corporation. The appearances of Russell C. Silberglied, Chad Michael Shandler and Christopher M. Samis of Richards, Layton & Finger are hereby withdrawn.

Please update all service and mailing lists accordingly.

DATED: August 5, 2008                             Respectfully submitted,

BLANK ROME LLP                                     RICHARDS, LAYTON & FINGER

*/s/ Dale R. Dubé*                                 */s/ Russell C. Silberglied*

Dale R. Dubé (I.D. No. 2863)                       Russell C. Silberglied (I.D. No. 3462)
1201 Market Street                                 Chad Michael Shandler (I.D. No. 3796)
Suite 800                                          Christopher M. Samis (I.D. No. 4909)
Wilmington, DE 19801                               One Rodney Square
(302) 425-6400                                     920 N. King Street
                                                   P.O. Box 551
                                                   Wilmington, DE 19899
                                                   (302) 651-7700

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2008, I served by email and electronic filing the NOTICE OF SUBSTITUTION OF COUNSEL, using CM/ECF which will send notification of such filing(s) to the following:

>Marc Stephen Casarino, Esquire
>WHITE & WILLIAMS LLP
>824 Market Street, Suite 902
>P. O. Box 709
>Wilmington, DE 19899

_____
Dale R. Dubé (No. 2863)