IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREAT NORTHERN INSURANCE CO., *et al.*, )<br>)<br>Defendants. ) | C.A. No. 07-640-GMS-MPT |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 7th day of August, 2008, NEW CENTURY MORTGAGE CORP.'S RULE 26(a)(1) INITIAL DISCLOSURE STATEMENT and this NOTICE OF SERVICE were served upon the following counsel in the manner indicated:

**BY HAND DELIVERY AND EMAIL**

Marc Stephen Casarino, Esquire
WHITE & WILLIAMS LLP
824 Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899

**BY FIRST CLASS MAIL AND EMAIL**

Daniel J. Cunningham, Esquire
TRESSLER, SOKDERSTROM,
 MALONEY & PRIESS, LLP
Sears Tower, 22nd Floor
233 S. Wacker Drive
Chicago, IL 60606

*Dale R. Dube*
Dale R. Dube (I.D. No. 2863)