IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>GREAT NORTHERN INS. CO. ET AL. )<br>)<br>Defendants. )<br>) | Case No.: 07-640-GMS/MPT |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 7th day of August, 2008, Defendants' Rule 26(a)(1) Disclosures and this Notice of Service were served upon the following in the manner indicated:

**Via Hand-Delivery**
Dale R. Dube, Esq.
Blank Rome LLP
1201 N. Market Street
Suite 800
Wilmington, DE 19801

**Via U.S. Mail**
Lorelie S. Masters
Jenner & Block LLP
1099 New Year Avenue, NW
Suite 900
Washington, DC 20001-4412

WHITE AND WILLIAMS LLP

/s/ Marc S. Casarino
Marc S. Casarino, Esq. (#3613)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
302-467-4501

PHLDMS1 4574518v.1