IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> GREAT NORTHERN INS. CO. ET AL. ) <br> ) <br> Defendants. ) <br> ) | Case No.: 07-640-GMS/MPT |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Daniel J. Cunningham, Esquire, to represent Defendants Great Northern Insurance Company and Federal Insurance Company in the above matter.

WHITE AND WILLIAMS LLP

/s/ Marc S. Casarino
Marc S. Casarino, Esq. (#3613)
824 N. Market Street, Suite 902
P.O. Box 709 | Wilmington, DE 19899-0709
Direct Dial: 302.467.4520 | Direct Fax: 302.467.4550

Dated: August 15, 2008

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of _____, 2008.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
Daniel J. Cunningham
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
Sears Tower, 22nd Floor
233 S. Wacker Drive
Chicago, IL 60606
(312) 672-4026
dcunningham@tsmp.com

Dated: August 15, 2008