IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEW CENTURY MORTGAGE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-640-GMS/MPT |
| | ) | |
| GREAT NORTHERN INSURANCE CO., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Edward P. McKenna, Esquire, to represent Plaintiff New Century Mortgage Corp. in the above matter.

*/s/ Dale R. Dube*
Dale R. Dube (I.D. No. 2863)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
302-425-6467
302-428-5108
Dube@BlankRome.com

Dated: August 18, 2008                    Attorneys for New Century Mortgage Corp.

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted on this ____ day of _____,2008.

_____
United States District Judge

127340.01600/40176156v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August, 2008, I served by hand delivery and electronic filing the foregoing **MOTION AND ORDER FOR PRO HAC VICE ADMISSION**, using CM/ECF, which will send notification of such filing to the following:

>Marc Stephen Casarino, Esquire
>WHITE & WILLIAMS LLP
>824 Market Street, Suite 902
>P. O. Box 709
>Wilmington, DE 19899

*Dale R. Dubé*
Dale R. Dubé

127340.01600/40176156v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the Northern District of Illinois and the State of Illinois, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

*Edward McK*
Edward P. McKenna
Jenner & Block LLP
330 North Wabash
Chicago, IL, 60611

Dated: August 18, 2008